UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In re: | ) Bankr. No. 11-40593 |
| | ) Chapter 7 |
| JULIA ANN BOOS | ) |
| SSN/ITIN xxx-xx-5895 | ) ORDER RE: SOUTH DAKOTA |
| | ) HOUSING DEVELOPMENT |
| Debtor. | ) AUTHORITY'S MOTION FOR RELIEF |
| | ) FROM THE AUTOMATIC STAY |

Upon consideration of South Dakota Housing Development Authority's Motion for Relief from the Automatic Stay (doc. 9), Trustee Pierce's response (doc. 14), and the record before the Court; and it appearing the parties have advised the Court, through the submission of a proposed order, of their consent to the relief set forth herein; and for cause shown; now, therefore,

IT IS HEREBY ORDERED South Dakota Housing Development Authority is given relief from the automatic stay to pursue its nonbankruptcy law remedies regarding its interest in the real property located, legally described as:

> Lot 7 in Block 13A of Subdivision of Block 13 of Terrace Lawn Addition to the City of Sioux Falls, Minnehaha County, South Dakota, according to the recorded plat thereof, except Lot H1 contained therein.

IT IS FURTHER ORDERED Trustee Pierce's rights in the above-described property are not abandoned, and she may seek authority to sell the property during the redemption period.

IT IS FURTHER ORDERED South Dakota Housing Development Authority shall maintain appropriate insurance on the above-described property and pay the cost of utilities necessary to preserve the property. If Trustee Pierce seeks and obtains authority to sell the property, South Dakota Housing Development Authority may seek reimbursement of these preservation costs.

IT IS FURTHER ORDERED the 14-day stay imposed by Fed.R.Bankr.P.4001(a)(3) is waived, and this order is effective upon entry.

So ordered: September 15, 2011.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)
This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota